FILED
2012 Mar-30  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| ARMAND BEQIRAJ, | ] | |
| Petitioner, | ] | |
| v. | ] | 4:12-cv-0632-LSC-RRA |
| ERIC HOLDER, et al., | ] | |
| Respondents. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, this action is hereby **DISMISSED**.  Each party is to bear its own costs.

Done this 30th day of March 2012.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458